# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| Carl Whalen, <br><br> Plaintiff, <br><br> v. <br><br> Jeffrey L. Koberg, Esq., <br><br> Defendant. | Case No. 1:23-cv-00262-MWM <br><br> Honorable Matthew W. McFarland <br><br> **NOTICE OF SETTLEMENT** |

**NOW COMES** Plaintiff, by and through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                                                    RESPECTFULLY SUBMITTED,

Date:  May 12, 2023                            By: /s/ Jeffrey S. Hyslip
                                                          Jeffrey S. Hyslip, Esq. (0079315)
                                                          Hyslip Legal, LLC
                                                          207 S. Harrison Street, Suite A
                                                          Algonquin, IL 60102
                                                          Phone: 614-362-3322
                                                          Email: jeffrey@hysliplegal.com

                                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2023, I electronically filed the foregoing Notice through the court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Jeffrey S. Hyslip