IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CARL WHALEN, | : | Case No. 1:23cv262 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| JEFFREY L. KOBERG, ESQ., | : | |
| Defendant. | : | |

### CONDITIONAL ORDER OF DISMISSAL

The Court, having been advised by counsel for Plaintiff that the parties have reached a resolution in this matter, hereby **ORDERS** that this action is **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, move to reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S. Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND